**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timothy MAXBERRY Defendant–**
**Appellant.**

No. 02–5064.

United States Court of Appeals,
Sixth Circuit.

Sept. 11, 2003.

Charles P. Wisdom, Jr., Asst. U.S. Attorney, Kenneth R. Taylor, Asst. U.S. Attorney, U.S. Attorney's Office, Lexington, KY, for Plaintiff–Appellee.

C. Mark Pickrell, Nashville, TN, for Defendant–Appellant.

Before GUY and DAUGHTREY, Circuit Judges; and LAWSON, District Judge.*

* The Honorable Davis M. Lawson, United States District Judge for the Eastern District of Michigan, sitting by designation.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore **ORDERED** that said judgment be and it hereby is affirmed.